UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 9, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN ROSENBLATT,<br><br>　　　　Defendant. | Case No. 2:21-MJ-00184-DB-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  NATHAN ROSENBLATT ,  Case No. 2:21-MJ-00184-DB-2  Charge 21 USC § 3146 , from custody for the following reasons: for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　  X  　Bail Posted in the Sum of $ _____

　　　　　　　  X  　Unsecured Appearance Bond $  50,000 (co-signed) 

　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　_____　Appearance Bond with Surety

　　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　_____　(Other):_____.

Issued at Sacramento, California on December 9, 2021 at 3:35 p.m.

Dated:  December 9, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE