THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN ROSENBLATT, ET AL.,<br><br>Defendant. | Case No.: 2:22-CR-0011-DAD-2<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING<br><br>Date:   3/28/23<br>Time:   9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CAMERON L. DESMOND, and Defendant NATHAN ROSENBLATT, by and through his counsel of record, Thomas Johnson, hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearing was set for 2/21/2023.
2. The parties stipulate to continue the hearing to 3/28/2023. The Schedule for Disclosure of Pre-Sentencing Report and for Filing Objections to the Pre-Sentence Report is amended as follows:
   a. Judgment and Sentencing Date: **3/28/2023**.
   b. Reply or statement of non-opposition: **3/21/2023**.
   c. Motion for correction of Pre-Sentence Report shall be filed with the court and served on the probation office and opposing counsel no later than: **3/14/2023**.

d.  The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: **3/7/2023**.

e.  Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and Opposing counsel no later than: **2/28/23**.

f.  The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: **2/14/23**.

**IT IS SO STIPULATED.**

DATE:  January 24, 2023

                                             /s/ Thomas A. Johnson
                                             THOMAS A. JOHNSON
                                             Attorney for Nathan Rosenblatt

DATE:  January 24, 2023

                                             /s/ Monica A. Quinlan
                                             MONICA A. QUINLAN
                                             Attorney for Nathan Rosenblatt

DATED:  January 24, 2023

                                             /s/ Cameron Desmond
                                             CAMERON DESMOND
                                             Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:  **January 24, 2023**　　　　　　　　_____
                                                             UNITED STATES DISTRICT JUDGE